```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2017
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

MERGERS AND ACQUISITION SERVICES, INC.,

                         Plaintiff,

    -v-

ELI GLOBAL, LLC, *and its successors in interest, alter egos and affiliates*, SOUTHLAND NATIONAL HOLDINGS, LLC, SNA CAPITAL, LLC, SOUTHLAND NATIONAL INSURANCE CORPORATION, and GREG E. LINDBERG,

                         Defendants.

-------------------------------------------------------X

Civil Action No. 1:15-cv-3723-GHW

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff/Counter-Defendant, Mergers and Acquisitions Services, Inc., and Defendants/Counter-Plaintiffs Eli Global, LLC, Southland National Holdings, LLC, SNA Capital, LLC, Southland National Insurance Corporation, and Greg E. Lindberg, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of all claims and counterclaims asserted or that could have been asserted in the above-styled and numbered action with prejudice to re-filing the same. This Joint Stipulation of Dismissal with Prejudice disposes of all claims and all parties to this lawsuit.

                         Respectfully submitted,

                         LAW OFFICES OF CHARLES A. GRUEN

                         Charles A. Gruen (CG5456)
                         381 Broadway, Suite 300
                         Westwood, New Jersey 07675
                         (201) 342-1212
                         Telecopier: (201) 342-6474
                         cgruen@gruenlaw.com

and

CONDON TOBIN SLADEK THORNTON PLLC

    s/JARED PACE

Aaron Z. Tobin (*admitted pro hac vice*)
Texas Bar No. 24028045
atobin@ctstlaw.com
Jared T.S. Pace (*admitted pro hac vice*)
Texas Bar No. 24079098
jpace@ctstlaw.com
8080 Park Lane, Ste. 700
Dallas, Texas 75231
Telephone:  (214) 265-3800
Facsimile:  (214) 691-6311
**ATTORNEYS FOR DEFENDANTS**

and

PASHMAN STEIN WALDER HAYDEN, P.A.

    s/JAMES A. PLAISTED

James A. Plaisted (JP1755)
21 Main Street, Ste. 200
Hackensack, NJ 07601
Phone: 201.488.8200
Fax: 201.488.5556
jplaisted@pashmanstein.com
**ATTORNEYS FOR PLAINTIFF**

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).

Dated: June 23, 2017
New York, New York

                GREGORY H. WOODS
               United States District Judge